JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Martin Vogel

        Plaintiff,

v.

Forest Lawn Mortuary

        Defendants.

Case No. CV 15-09858-AB (JEMx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 21, 2016     _____
                                    ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE